IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **LAWRENCE ALAN HABERMAN,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:15-CV-3346-L** |
| | § | |
| **MERRILL LYNCH,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the court is Plaintiff Lawrence Alan Haberman's ("Plaintiff") *pro se* Complaint, filed October 30, 2014. The case was referred to Magistrate Judge Paul D. Stickney for screening, who entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on January 8, 2016, recommending that the court summarily dismiss Plaintiff's claims as frivolous pursuant to 28 U.S.C. §§ 1915A and 1915(e)(2). No objections to the Report were filed.

Having reviewed the file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **dismisses with prejudice** Plaintiff's claims as frivolous.

**It is so ordered** this 18th day of April, 2016.

_____
Sam A. Lindsay
United States District Judge

Order – Solo Page